■ GREENPOINT MORTGAGE FUNDING, INC., Respondent, v MARVIN ODUMS, Appellant, et al., Defendants. [978 NYS2d 910]—

The appeal from this intermediate order must be dismissed because the right of direct appeal therefrom terminated with the entry of judgment, dated August 22, 2011, in the action (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment (*see* CPLR 5501 [a] [1]; *W & H Equities LLC v Odums*, 113 AD3d 840 [2014] [decided herewith]). Balkin, J.P., Chambers, Austin and Roman, JJ., concur.